[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 145.]

THE STATE EX REL. WATSON, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; HARTS STORES, INC., APPELLANT.

[Cite as *State ex rel. Watson v. Indus. Comm.*, 1998-Ohio-157.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2325—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD08-1059.

_____

*Lonas & McGonegal* and *Terrance J. McGonegal*, for appellee.

*Gibson & Robbins-Penniman, Corrine S. Carman* and *Gus Robbins-Penniman*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I dissent and would reverse the court of appeals and affirm the Industrial Commission's order.

COOK, J., concurs in the foregoing dissenting opinion.

_____